IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REYNALDO BECERRA RODRIGUEZ, | § § | |
| A# 074050875, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-CV-2287-E-BW |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY OFFICE OF CHIEF COUNSEL, | § § § | |
| Respondent. | § | Referred to U.S. Magistrate Judge[1] |

## NOTICE OF DEFICIENCY AND ORDER

Before the Court is the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, received from Petitioner Reynaldo Becerra Rodriguez on August 25, 2025. (Dkt. No. 3.)

Becerra Rodriguez has not paid the $5 filing fee for a habeas case under 28 U.S.C. § 2241 or submitted a request to proceed in forma pauperis in this case. **He must either pay the $5 filing fee for a habeas case under § 2241 or submit an application to proceed in forma pauperis with the required certificate of inmate trust account or comparable form, such as a resident account summary, within thirty (30) days of the date of this order.**

Becerra Rodriguez must immediately notify the Court of any change of address and its effective date by filing a notice entitled "Notice to the Court of Change of Address." The notice should contain *only* information about the change of address and effective date.

Failure to comply with this order may result in the dismissal of the petition under Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is **DIRECTED** to send Becerra Rodriguez:

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

(1) a copy of this order, and

(2) a form application (with certificate of inmate trust account form) to proceed in forma pauperis in a habeas case.

No process will issue except upon order of the Court.

**SO ORDERED** on August 28, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE